IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAZOS AREA PROPERTIES, LLC, By and Through Its Assignee, BRONCO PROPERTY GROUP, LLC <br>     Plaintiff, <br><br> v. <br><br> CAPITOL SPECIALTY INSURANCE CORPORATION, <br>     Defendant. | § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. 4:21-CV-00087-O <br> § <br> §             (JURY) <br> § <br> § <br> § <br> § |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please be advised that the parties, plaintiff Brazos Area Properties, LLC, by and through its assignee, Bronco Property Group, LLC and defendant Capitol Specialty Insurance Corporation have reached a settlement in this action. Upon finalization of all necessary settlement documents, estimated to be within fourteen (14) days, the parties will submit a Stipulation for Dismissal with Prejudice.

Respectfully submitted on January 20, 2022:

| | |
|---|---|
| s/Thomas Scott Edwards [w/permission] <br> Thomas Scott Edwards <br> State Bar No. 24075867 <br> scott.edwards@vosslawfirim.com <br> THE VOSS LAW CENTER <br> 26619 Interstate 45 South <br> The Woodlands, TX 77380 <br> (713) 861-0015 <br> (713) 861-0021 - FAX <br> **COUNSEL FOR PLAINTIFF** <br> **BRAZOS AREA PROPERTIES, LLC** | s/Ellen Van Meir <br> Ellen Van Meir <br> State Bar No. 00794164 <br> evanmeir@nicolaidesllp.com <br> Mariah B. Quiroz <br> State Bar No. 24031714 <br> mquiroz@nicolaidesllp.com <br> NICOLAIDES FINK THORPE <br>      MICHAELIDES & SULLIVAN, LLP <br> 2501 North Harwood Street, Suite 1210 <br> Dallas, TX 75201 <br> (469) 290-9040 <br> (469) 290-9041 – FAX <br> **COUNSEL FOR DEFENDANT CAPITOL** <br> **SPECIALTY INSURANCE CORPORATION** |

Greg Blaies
State Bar No. 02412650
gregblaies@bhilaw.com
BLAIES & HIGHTOWER, LLP
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
(817) 334-0800
(817) 334-0574 - FAX
**CO-COUNSEL FOR PLAINTIFF**
**BRAZOS AREA PROPERTIES, LLC**