IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAZOS AREA PROPERTIES, LLC, By and Through Its Assignee, BRONCO PROPERTY GROUP, LLC<br>        Plaintiff,<br><br>v.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION,<br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:21-CV-00087-O<br><br>(JURY) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Brazos Area Properties, LLC, by and through its assignee, Bronco Property Group, LLC, and Capitol Specialty Insurance Corporation, the parties herein, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do herein stipulate to the dismissal of the above-styled and numbered lawsuit, and all claims and counterclaims asserted therein, with prejudice to the re-filing thereof, and with each party to bear its own attorney fees and costs related thereto.

Respectfully submitted this 4th day of February, 2022:

<table>
<tr><td>

s/Thomas S. Edwards [with permission]
Thomas Scott Edwards
State Bar No. 24075867
scott.edwards@vosslawfirim.com
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, TX 77380
(713) 861-0015
(713) 861-0021 - FAX
**COUNSEL FOR PLAINTIFF**
**BRAZOS AREA PROPERTIES, LLC**

- AND –

Greg Blaies
State Bar No. 02412650
gregblaies@bhilaw.com
BLAIES & HIGHTOWER, LLP
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
(817) 334-0800
(817) 334-0574 - FAX
**COUNSEL FOR PLAINTIFF**
**BRAZOS AREA PROPERTIES, LLC**

</td><td>

s/Ellen Van Meir
Ellen Van Meir
State Bar No. 00794164
evanmeir@nicolaidesllp.com
Mariah B. Quiroz
State Bar No. 24031714
mquiroz@nicolaidesllp.com
NICOLAIDES FINK THORPE
    MICHAELIDES & SULLIVAN, LLP
2501 North Harwood Street, Suite 1210
Dallas, TX 75201
(469) 290-9040
(469) 290-9041 – FAX
**COUNSEL FOR DEFENDANT CAPITOL**
**SPECIALTY INSURANCE CORPORATION**

</td></tr>
</table>